**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Phillip Daniel Sims,<br><br>    Petitioner,<br><br>vs.<br><br>Dora Schriro, et al.,<br><br>    Respondents. | )<br>)  No. CIV 04-1145-PCT-SMM<br>)<br>)  **MEMORANDUM OF DECISION AND**<br>)  **ORDER**<br>)<br>)<br>)<br>)<br>)<br>) |

Pending before the Court is Petitioner's pro se Petition for Writ of Habeas Corpus filed pursuant to 28 U.S.C. § 2254 (the "Petition"). The matter was referred to Magistrate Judge Héctor C. Estrada for a Report and Recommendation. On September 28, 2007, the Magistrate Judge filed a Report and Recommendation with this Court (Dkt. 34). On October 5, 2007, Petitioner filed his Objection (Dkt. 35) to the Report and Recommendation. After considering Judge Estrada's Report and Recommendation and the arguments raised in Petitioner's Objections thereto, the Court now issues the following ruling.

**STANDARD OF REVIEW**

When reviewing a Magistrate Judge's Report and Recommendation, this Court "must make a de novo determination of those portions of the report . . . to which objection is made," and "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the Magistrate." 28 U.S.C. § 636(b)(1)(C); see also Baxter v. Sullivan, 923 F.2d

1391, 1394 (9th Cir. 1991) (citing Britt v. Simi Valley Unified Sch. Dist., 708 F.2d 452, 454 (9th Cir. 1983)).

**DISCUSSION**[1]

In their Answer, Respondents contend that the claims presented in Petitioner's habeas petition are procedurally defaulted, or Petitioner failed to exhaust the remedies available in state court, or both. Respondents argue that because Petitioner cannot establish the requisite objective cause and prejudice, he is not entitled to federal habeas review of these procedurally defaulted claims. After conducting a thorough legal analysis, the Magistrate Judge reached the same conclusion. Having reviewed the legal conclusions of the Report and Recommendation of the Magistrate Judge, and the objections having been made by Petitioner thereto, the Court finds that the Magistrate Judge adequately addressed all of Petitioner's arguments. Therefore, the Court hereby incorporates and adopts the Magistrate Judge's Report and Recommendation.

**CONCLUSION**

For the reasons set forth above,

**IT IS HEREBY ORDERED** that the Court adopts the Report and Recommendation of Magistrate Judge Héctor C. Estrada (Dkt. 34).

**IT IS FURTHER ORDERED** that Petitioner's Petition for Writ of Habeas Corpus (Dkt. 1) is **DENIED** and this action is **DISMISSED WITH PREJUDICE**.

DATED this 17th day of October, 2007.

Stephen M. McNamee
United States District Judge

---

[1] The factual and procedural history of this case is set forth in the Magistrate Judge's Report and Recommendation (Dkt. 34).

- 2 -